UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                                             Case No.  2:06cr20166-1-B

BILLY DEWAYNE WATSON
_____

ORDER APPOINTING COUNSEL PURSUANT TO
THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

APPOINTMENT OF COUNSEL

• A member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant.

TYPE OF APPOINTMENT

• All purposes including trial and appeal

**DONE** and **ORDERED** in 167 North Main, Memphis,   this 27th  day of July, 2006.

_____s/ James H. Allen_____
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
BILLY DEWAYNE WATSON